**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: EL-ROH REALTY CORPORATION | § | Case No. 14-30746 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

William J. Leberman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $99,512.00 | Assets Exempt: N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants: $504,476.65 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $225,809.58 | |

3) Total gross receipts of $730,286.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $730,286.23 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $225,809.58 | $225,809.58 | $225,809.58 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $3.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,384,096.57 | $12,514,623.87 | $12,509,735.87 | $504,476.65 |
| **TOTAL DISBURSEMENTS** | $2,384,099.57 | $12,740,433.45 | $12,735,545.45 | $730,286.23 |

4) This case was originally filed under chapter 7 on 05/02/2014.  The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    01/11/2018

By: /s/ William J. Leberman

Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| M&T Bank, Account #9838911783 | 1129-000 | $12,278.32 |
| Deposit for purchase of real property | 1180-002 | $687,500.00 |
| Deposit for real estate purchased at auction | 1180-000 | $68,750.00 |
| Refund of deposit | 1180-000 | -$68,750.00 |
| National Grid overpayment/credit | 1229-000 | $196.07 |
| Deposit from Raulli & Sons for purchase of property at 1861 Erie Blvd E, Syracuse, NY | 1180-000 | $3,000.00 |
| Transfer of deposit monies to checking account upon closing of transaction | 1180-002 | -$3,000.00 |
| 712 Hiawatha Blvd., Syracuse, New 311500 114.-02 | 1110-000 | $687,500.00 |
| 1861 Erie Blvd., Syracuse, New 311500 032.1-01-1 | 1110-000 | $30,311.84 |
| Transfer to checking acct | 1180-002 | -$687,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$730,286.23** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | M&T Bank One M&T Plaza | 4110-000 | $0.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - William J. Leberman | 2100-000 | NA | $39,764.31 | $39,764.31 | $39,764.31 |
| Trustee, Expenses - William J. Leberman | 2200-000 | NA | $559.96 | $559.96 | $559.96 |
| Attorney for Trustee Fees - WILLIAM J. LEBERMAN, ESQ. | 3110-000 | NA | $38,555.00 | $38,555.00 | $38,555.00 |
| Auctioneer Fees - Blackbird Asset Services LLC | 3610-000 | NA | $62,500.00 | $62,500.00 | $62,500.00 |
| Auctioneer Fees - Blackbird Asset Services, LLC | 3610-000 | NA | $3,600.00 | $3,600.00 | $3,600.00 |
| Auctioneer Expenses - Blackbird Asset Services, LLC | 3620-000 | NA | $2,657.32 | $2,657.32 | $2,657.32 |
| Bond Payments - BOND | 2300-000 | NA | $233.59 | $233.59 | $233.59 |
| Bond Payments - WILLIAM J. LEBERMAN, ESQ. | 2300-000 | NA | $275.66 | $275.66 | $275.66 |
| Bond Payments - William J Leberman, Trustee | 2300-000 | NA | -$233.59 | -$233.59 | -$233.59 |
| Bond Payments - William J. Leberman, Chapter 7 Trustee for El-Roh Realty Corporation | 2300-000 | NA | $233.59 | $233.59 | $233.59 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $19,892.53 | $19,892.53 | $19,892.53 |
| Other State or Local Taxes (post-petition) - El-Roh Realty | 2820-000 | NA | $27,095.96 | $27,095.96 | $27,095.96 |
| Other State or Local Taxes (post-petition) - New York State Corporation Tax | 2820-000 | NA | $427.00 | $427.00 | $427.00 |
| Special Counsel for Trustee Fees - Bousquet Holstein PLLC | 3210-600 | NA | $18,248.25 | $18,248.25 | $18,248.25 |
| Appraiser for Trustee Fees - Harlan La Vine Real Estate, Inc. | 3711-000 | NA | $12,000.00 | $12,000.00 | $12,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$225,809.58** | **$225,809.58** | **$225,809.58** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Commissioner of Tax & Finance (HUT) | 5800-000 | $1.00 | NA | NA | NA |
| N/F | Commissioner of Taxation Tax Compliance Division | 5800-000 | $1.00 | NA | NA | NA |
| N/F | Internal Revenue Service Centralized Insolvency Operations | 5800-000 | $1.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$3.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Hibu Inc f/k/a Yellowbook Inc | 7100-000 | $0.00 | $4,888.00 | $0.00 | $0.00 |
| 2 | Philippe Schwimmer | 7400-000 | $0.00 | $5,415,063.27 | $5,415,063.27 | $0.00 |
| 3 | William J. Leberman, Chapter 7 Trustee for Roth Steel Corporation | 7100-000 | $0.00 | $7,094,672.60 | $7,094,672.60 | $504,476.65 |
| N/F | A B C Refrigeration | 7100-000 | $1,130.94 | NA | NA | NA |
| N/F | ASKO, Inc. | 7100-000 | $3,605.39 | NA | NA | NA |
| N/F | AT&T Mobility Glenridge Highlands Two | 7100-000 | $958.91 | NA | NA | NA |
| N/F | Abad, Alain | 7100-000 | $4.00 | NA | NA | NA |
| N/F | Ace Hydraulic & Pneumatics | 7100-000 | $930.75 | NA | NA | NA |
| N/F | Adorno, Leroy Jr. | 7100-000 | $26.00 | NA | NA | NA |
| N/F | Advance Motors & Drives, Inc. | 7100-000 | $99,967.24 | NA | NA | NA |
| N/F | Advance Tire, Inc. | 7100-000 | $3,300.00 | NA | NA | NA |
| N/F | Advanced Resource Management, LLC | 7100-000 | $135,641.30 | NA | NA | NA |
| N/F | Aim National Lease | 7100-000 | $293.86 | NA | NA | NA |
| N/F | Aldi | 7100-000 | $9,534.13 | NA | NA | NA |
| N/F | Alfaro, Andy | 7100-000 | $2.00 | NA | NA | NA |
| N/F | Ano Plate Corp. | 7100-000 | $15,504.23 | NA | NA | NA |
| N/F | Applied Industrial Technologies | 7100-000 | $84.28 | NA | NA | NA |

| N/F | Armstrong Mold Corp. Butternut Drive | 7100-000 | $1,213.84 | NA | NA | NA |
|-----|------|---------|-----------|----|----|----|
| N/F | Arrow Fencing | 7100-000 | $458.32 | NA | NA | NA |
| N/F | Atunyote Golf Club | 7100-000 | $557.38 | NA | NA | NA |
| N/F | Austin Plumbing | 7100-000 | $629.48 | NA | NA | NA |
| N/F | BGG Plumbing & Heating Ltd. | 7100-000 | $1,164.92 | NA | NA | NA |
| N/F | Bailey, Douglass A. | 7100-000 | $20.00 | NA | NA | NA |
| N/F | Bargain Outlet | 7100-000 | $397.36 | NA | NA | NA |
| N/F | Bargain Outlet | 7100-000 | $240.39 | NA | NA | NA |
| N/F | Barksdale, Ronnell Lamar | 7100-000 | $3.00 | NA | NA | NA |
| N/F | Barry, David A. | 7100-000 | $6.00 | NA | NA | NA |
| N/F | Bat-Con Inc. | 7100-000 | $7,933.67 | NA | NA | NA |
| N/F | Beam Mack Sales & Service, Inc. | 7100-000 | $5,446.75 | NA | NA | NA |
| N/F | Beck Equipment, Inc. | 7100-000 | $80,369.82 | NA | NA | NA |
| N/F | Berrios, Jose L. | 7100-000 | $6.00 | NA | NA | NA |
| N/F | Berry Plasticss | 7100-000 | $359.48 | NA | NA | NA |
| N/F | Black Clawson | 7100-000 | $10,782.64 | NA | NA | NA |
| N/F | Blue Bowl Sanitation, Inc. | 7100-000 | $1,133.82 | NA | NA | NA |
| N/F | Blue Tarp Financial | 7100-000 | $841.36 | NA | NA | NA |
| N/F | Booth Waltz Enterprises, Inc. | 7100-000 | $1,594.50 | NA | NA | NA |
| N/F | Bousquet Holstein | 7100-000 | $381.44 | NA | NA | NA |
| N/F | Brinks Incorporated | 7100-000 | $11,553.13 | NA | NA | NA |

| N/F | Brown, Donnie R. | 7100-000 | $2.00 | NA | NA | NA |
|-----|------------------|----------|-------|-----|-----|-----|
| N/F | Brumfield, Bruce | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Bushwick Metals LLC | 7100-000 | $6,345.00 | NA | NA | NA |
| N/F | Byer, Alan | 7100-000 | $342.52 | NA | NA | NA |
| N/F | Byrne Dairy | 7100-000 | $695.28 | NA | NA | NA |
| N/F | C & R Supply | 7100-000 | $969.21 | NA | NA | NA |
| N/F | C&K Associates | 7100-000 | $1,482.65 | NA | NA | NA |
| N/F | C.N.Y. Regional Market | 7100-000 | $70.00 | NA | NA | NA |
| N/F | C.N.Y. Sheetmetal | 7100-000 | $1,303.94 | NA | NA | NA |
| N/F | Cannon Tire, Inc. | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Casella Waste Systems | 7100-000 | $774.01 | NA | NA | NA |
| N/F | Catalano II, T J | 7100-000 | $50.00 | NA | NA | NA |
| N/F | Chilson, Joseph C. | 7100-000 | $2,394.00 | NA | NA | NA |
| N/F | Chiodo, Angelo | 7100-000 | $329.75 | NA | NA | NA |
| N/F | Chris' Automotive Repair Serv. | 7100-000 | $119.67 | NA | NA | NA |
| N/F | Cirino, Luis R. | 7100-000 | $8.00 | NA | NA | NA |
| N/F | City Electric Co., Inc. | 7100-000 | $1,033.10 | NA | NA | NA |
| N/F | City of Syracuse Department of Public Works | 7100-000 | $20,569.18 | NA | NA | NA |
| N/F | City of Syracuse Parks & Recreation | 7100-000 | $2,086.79 | NA | NA | NA |
| N/F | Clinton's Ditch Cooperative Co. | 7100-000 | $7,446.36 | NA | NA | NA |
| N/F | Coca-Cola Bottling Company | 7100-000 | $1,959.92 | NA | NA | NA |

| N/F | Commerical Truck Tire Center, Inc. | 7100-000 | $427.50 | NA | NA | NA |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | Conviber, Inc. | 7100-000 | $2,133.92 | NA | NA | NA |
| N/F | Corfu Machine Company, Inc. | 7100-000 | $6,649.00 | NA | NA | NA |
| N/F | County Concrete Corp. | 7100-000 | $36,019.95 | NA | NA | NA |
| N/F | Coyne Textile Industries | 7100-000 | $936.00 | NA | NA | NA |
| N/F | Crystal Rock Bottled Water | 7100-000 | $475.53 | NA | NA | NA |
| N/F | Cummins Northeast | 7100-000 | $2,742.01 | NA | NA | NA |
| N/F | Cummins Northeast, Inc. | 7100-000 | $710.19 | NA | NA | NA |
| N/F | DOT Transportation dba Drescher | 7100-000 | $2,146.87 | NA | NA | NA |
| N/F | Darco Manufacturing Co. | 7100-000 | $3,114.93 | NA | NA | NA |
| N/F | Davis Ulmer Sprinkler | 7100-000 | $1,011.35 | NA | NA | NA |
| N/F | De Lage Landen Financial Services, Inc. | 7100-000 | $37,576.68 | NA | NA | NA |
| N/F | Decarolis Truck Rental, Inc. | 7100-000 | $3,243.48 | NA | NA | NA |
| N/F | Demarco, Anthony W. | 7100-000 | $507.76 | NA | NA | NA |
| N/F | Desrosiers, Mary Lou | 7100-000 | $5.00 | NA | NA | NA |
| N/F | Diamond Roofing | 7100-000 | $1,632.07 | NA | NA | NA |
| N/F | Doyle Security Systems, Inc. | 7100-000 | $665.50 | NA | NA | NA |
| N/F | E.J. S. Bay Road | 7100-000 | $110,225.21 | NA | NA | NA |
| N/F | Eagle Metalcraft, Inc. | 7100-000 | $2,849.32 | NA | NA | NA |
| N/F | Earthlink Business | 7100-000 | $564.54 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Eckerds Drug Stores Henry Clay Blvd. | 7100-000 | $770.56 | NA | NA | NA |
| N/F | Edco Sales | 7100-000 | $88.20 | NA | NA | NA |
| N/F | Environmental Products & Services of Vermont, Inc. | 7100-000 | $600.00 | NA | NA | NA |
| N/F | F. W. Webb Company | 7100-000 | $744.13 | NA | NA | NA |
| N/F | Facilities | 7100-000 | $3,390.51 | NA | NA | NA |
| N/F | Falter Construction | 7100-000 | $5,250.95 | NA | NA | NA |
| N/F | Fastenal Company | 7100-000 | $2,451.59 | NA | NA | NA |
| N/F | Federal Express | 7100-000 | $446.29 | NA | NA | NA |
| N/F | Federal Express | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Federal Express | 7100-000 | $1,089.09 | NA | NA | NA |
| N/F | Feher Rubbish Removal, Inc. | 7100-000 | $20,555.52 | NA | NA | NA |
| N/F | Feldmeier Equipment | 7100-000 | $121,136.82 | NA | NA | NA |
| N/F | Fiacco Trucking | 7100-000 | $2,163.65 | NA | NA | NA |
| N/F | First Choice Staffing | 7100-000 | $17,820.28 | NA | NA | NA |
| N/F | Five Star Equipment, Inc. | 7100-000 | $9,075.60 | NA | NA | NA |
| N/F | Fleet Pride | 7100-000 | $7,470.18 | NA | NA | NA |
| N/F | Fleet Pride, Inc. | 7100-000 | $2,901.20 | NA | NA | NA |
| N/F | Fortech Industrial Fab | 7100-000 | $1,788.19 | NA | NA | NA |
| N/F | Frazer & Jones Company | 7100-000 | $24,684.16 | NA | NA | NA |
| N/F | Fuccillo Hyundai | 7100-000 | $1,251.91 | NA | NA | NA |
| N/F | Fuccillo Kia of Clay | 7100-000 | $1,504.47 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | G&C Foods | 7100-000 | $312.28 | NA | NA | NA |
| N/F | G.A. Braun Inc. | 7100-000 | $2,159.60 | NA | NA | NA |
| N/F | G.C. Hanford Manufacturing Co. | 7100-000 | $675.98 | NA | NA | NA |
| N/F | GCG Risk Management | 7100-000 | $1,567.44 | NA | NA | NA |
| N/F | Galson Laboratories | 7100-000 | $169.00 | NA | NA | NA |
| N/F | Garofalo, John F. | 7100-000 | $4.00 | NA | NA | NA |
| N/F | Gartner Equipment Co., Inc. | 7100-000 | $685.25 | NA | NA | NA |
| N/F | Gaylord Bros. | 7100-000 | $5,600.19 | NA | NA | NA |
| N/F | Genoa Sand & Gravel | 7100-000 | $2,286.21 | NA | NA | NA |
| N/F | Genuine Parts Company | 7100-000 | $122.82 | NA | NA | NA |
| N/F | Gleason Chemical | 7100-000 | $960.64 | NA | NA | NA |
| N/F | Golden Sun Bus Service | 7100-000 | $791.13 | NA | NA | NA |
| N/F | Goldwing Warehouse | 7100-000 | $3,082.07 | NA | NA | NA |
| N/F | Gottado Contracting, LLC | 7100-000 | $22,050.73 | NA | NA | NA |
| N/F | Gray, Michael | 7100-000 | $2.00 | NA | NA | NA |
| N/F | Gypsum Express | 7100-000 | $16,326.52 | NA | NA | NA |
| N/F | Gypsum Express-57 Shop | 7100-000 | $1,885.41 | NA | NA | NA |
| N/F | H&M International Transport | 7100-000 | $3,315.73 | NA | NA | NA |
| N/F | H.M.I. Mechanical Systems Inc. | 7100-000 | $7,036.90 | NA | NA | NA |
| N/F | HIBU Inc. - Mid Atlantic | 7100-000 | $1,709.76 | NA | NA | NA |

| N/F | HMI Mechanical | 7100-000 | $1,082.31 | NA | NA | NA |
| N/F | Harris, George | 7100-000 | $112.00 | NA | NA | NA |
| N/F | Haun Welding Supply Inc. | 7100-000 | $3,980.40 | NA | NA | NA |
| N/F | Hayner Hoyt | 7100-000 | $14,864.09 | NA | NA | NA |
| N/F | Hendrix, Michael J. | 7100-000 | $474.60 | NA | NA | NA |
| N/F | Hertel Steel Inc. | 7100-000 | $7,335.62 | NA | NA | NA |
| N/F | Hoefer, Kathleen A. | 7100-000 | $20.00 | NA | NA | NA |
| N/F | Home Depot | 7100-000 | $906.27 | NA | NA | NA |
| N/F | Home Depot - Store 1235 | 7100-000 | $2,524.52 | NA | NA | NA |
| N/F | Home Depot Employee Fund | 7100-000 | $2,272.20 | NA | NA | NA |
| N/F | Horner, Jim | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Hoyt, Carl | 7100-000 | $4.00 | NA | NA | NA |
| N/F | Hughes, Michael J. | 7100-000 | $2.00 | NA | NA | NA |
| N/F | Hutchings Phych. | 7100-000 | $3,201.79 | NA | NA | NA |
| N/F | IPFS Corporation | 7100-000 | $25,789.73 | NA | NA | NA |
| N/F | IYB Consultants Inc. | 7100-000 | $4,431.78 | NA | NA | NA |
| N/F | Industrial Fabricating Corp. | 7100-000 | $695.46 | NA | NA | NA |
| N/F | Interstate Door Co., Inc. | 7100-000 | $51.41 | NA | NA | NA |
| N/F | J. R. Clancy, Inc. | 7100-000 | $6,082.60 | NA | NA | NA |
| N/F | J.C. Smith | 7100-000 | $1,032.25 | NA | NA | NA |
| N/F | JGB Enterprises | 7100-000 | $1,295.14 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Jackson, Cortez | 7100-000 | $31.00 | NA | NA | NA |
| N/F | Jaco Eco Solutions LLC | 7100-000 | $9,402.89 | NA | NA | NA |
| N/F | Jamesville-Dewitt Cen. Schools Transportation Dept. | 7100-000 | $653.85 | NA | NA | NA |
| N/F | Jefferson County Dept. Recycling & Waste Management | 7100-000 | $49,943.73 | NA | NA | NA |
| N/F | Jerome Fire Equipment | 7100-000 | $2,235.60 | NA | NA | NA |
| N/F | Jordan Elbridge Central High S. | 7100-000 | $890.44 | NA | NA | NA |
| N/F | Joseph Smith & Sons, Inc. | 7100-000 | $2,288.25 | NA | NA | NA |
| N/F | Kaman Industrial Technologies | 7100-000 | $21,787.33 | NA | NA | NA |
| N/F | Kimball Midwest | 7100-000 | $381.51 | NA | NA | NA |
| N/F | Klaus O. Baasch, CPA, PC | 7100-000 | $42,470.00 | NA | NA | NA |
| N/F | L & G Machining | 7100-000 | $5,552.50 | NA | NA | NA |
| N/F | L.B. Security & Investigations | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Labor Ready Northeast, Inc. | 7100-000 | $6,739.24 | NA | NA | NA |
| N/F | Lawson Products, Inc. | 7100-000 | $534.13 | NA | NA | NA |
| N/F | Liverpool Cen. School District | 7100-000 | $2,451.27 | NA | NA | NA |
| N/F | Liverpool Central Schools | 7100-000 | $368.75 | NA | NA | NA |
| N/F | Liverpool Lumber | 7100-000 | $571.54 | NA | NA | NA |
| N/F | Lockheed Martin | 7100-000 | $13,022.75 | NA | NA | NA |
| N/F | Loeb-Lorman Metals Inc. | 7100-000 | $7,936.62 | NA | NA | NA |

| N/F | Long Park Tire, Inc. | 7100-000 | $331.49 | NA | NA | NA |
|-----|----------------------|----------|---------|----|----|----|
| N/F | MYCOM | 7100-000 | $14,986.85 | NA | NA | NA |
| N/F | Mac - Gray | 7100-000 | $966.77 | NA | NA | NA |
| N/F | Mageean Auto | 7100-000 | $1,811.77 | NA | NA | NA |
| N/F | Mann, Michael D. | 7100-000 | $5.00 | NA | NA | NA |
| N/F | Martinovic, Danny | 7100-000 | $1,693.62 | NA | NA | NA |
| N/F | Mastec Advanced Technologies | 7100-000 | $2,630.53 | NA | NA | NA |
| N/F | Material Handling Corp. Round Pond Rd. | 7100-000 | $710.41 | NA | NA | NA |
| N/F | Material Handling Products | 7100-000 | $218.24 | NA | NA | NA |
| N/F | Material Handling Technologies | 7100-000 | $307.02 | NA | NA | NA |
| N/F | Mercer Milling | 7100-000 | $1,331.72 | NA | NA | NA |
| N/F | Merchants Commons LLC | 7100-000 | $190.94 | NA | NA | NA |
| N/F | Mirabito Fuel Group | 7100-000 | $40,902.17 | NA | NA | NA |
| N/F | Monkey Around Trucking Inc. | 7100-000 | $482.00 | NA | NA | NA |
| N/F | Monroe Tractor & Implement Co. | 7100-000 | $291.92 | NA | NA | NA |
| N/F | Monroe Tractor & Implement Co., Inc. | 7100-000 | $672.90 | NA | NA | NA |
| N/F | Montalvo, Ivan | 7100-000 | $28.00 | NA | NA | NA |
| N/F | Morgan Rubbish Removal | 7100-000 | $4,392.64 | NA | NA | NA |
| N/F | Muench-Kreuzer Candle Co. | 7100-000 | $2,622.53 | NA | NA | NA |
| N/F | Murphy & Nolan | 7100-000 | $11,757.30 | NA | NA | NA |

| N/F | NASCO-OP c/o Relin, Goldstein & Crane, LLP | 7100-000 | $5,822.28 | NA | NA | NA |
| N/F | NYS Dept of Environmental Conservation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NYS Dept. of Environmental Conservation | 7100-000 | $0.00 | NA | NA | NA |
| N/F | NYSW Railway | 7100-000 | $1,325.73 | NA | NA | NA |
| N/F | National Association Supply Co-Operative | 7100-000 | $5,822.28 | NA | NA | NA |
| N/F | National Grid | 7100-000 | $6,234.10 | NA | NA | NA |
| N/F | National Grid USA Service Co. | 7100-000 | $103,335.70 | NA | NA | NA |
| N/F | New England Motor Freight | 7100-000 | $4,216.23 | NA | NA | NA |
| N/F | New York State Attorney General The Capitol | 7100-000 | $0.00 | NA | NA | NA |
| N/F | New York State Department of Environmental Conservation | 7100-000 | NA | NA | NA | NA |
| N/F | New York State Insurance Fund | 7100-000 | $13,350.65 | NA | NA | NA |
| N/F | New York Susquehanna & Western Railway | 7100-000 | $1,400.00 | NA | NA | NA |
| N/F | Nicks | 7100-000 | $2,253.50 | NA | NA | NA |
| N/F | Norman, MacLeod | 7100-000 | $2,890.20 | NA | NA | NA |
| N/F | Northern Safety Co., Inc. | 7100-000 | $553.85 | NA | NA | NA |
| N/F | Nu-Way Hydraulic Sales & Service | 7100-000 | $3,303.53 | NA | NA | NA |
| N/F | Nucor Steel Auburn, Inc. | 7100-000 | $698.00 | NA | NA | NA |

| N/F | O'Brien & Gere Engineers, Inc. | 7100-000 | $42,161.66 | NA | NA | NA |
|---|---|---|---|---|---|---|
| N/F | O'Brien & Gere Inc. of N. America Mark Wilson, Purchasing Ag | 7100-000 | $24,743.59 | NA | NA | NA |
| N/F | O.C.I.D.A. | 7100-000 | $72,965.02 | NA | NA | NA |
| N/F | O.C.R.R.A. | 7100-000 | $52,501.51 | NA | NA | NA |
| N/F | Oberdorfer Industries | 7100-000 | $1,762.68 | NA | NA | NA |
| N/F | Obrien and Gere of Liverpool | 7100-000 | $14,190.43 | NA | NA | NA |
| N/F | Oneida Foundries | 7100-000 | $3,287.54 | NA | NA | NA |
| N/F | Onondaga Central Schools | 7100-000 | $1,247.55 | NA | NA | NA |
| N/F | Onondaga County Industrial Dev. Agency | 7100-000 | $65,000.00 | NA | NA | NA |
| N/F | Onondaga County Parks E. Mud Lake Rd. | 7100-000 | $469.18 | NA | NA | NA |
| N/F | Onondaga County Parks/Onondaga Lake Park | 7100-000 | $831.01 | NA | NA | NA |
| N/F | Onondaga County Resource Recovery Agency | 7100-000 | $179.55 | NA | NA | NA |
| N/F | Onondaga County Water Authority | 7100-000 | $29,615.90 | NA | NA | NA |
| N/F | Onondaga Facility Management | 7100-000 | $3,640.57 | NA | NA | NA |
| N/F | PBS Brake & Supply | 7100-000 | $1,904.37 | NA | NA | NA |
| N/F | PTL Fleet Sales, Inc. | 7100-000 | $531.24 | NA | NA | NA |
| N/F | Paperworks | 7100-000 | $5,629.61 | NA | NA | NA |
| N/F | Parks, Joseph R. | 7100-000 | $28.00 | NA | NA | NA |
| N/F | Parrot Wolf Fisher Rd. | 7100-000 | $387.13 | NA | NA | NA |

| N/F | Penn Detroit Diesel | 7100-000 | $3,776.97 | NA | NA | NA |
| N/F | Penske Truck Leasing | 7100-000 | $2,206.49 | NA | NA | NA |
| N/F | Peony, Inc. | 7100-000 | $720.00 | NA | NA | NA |
| N/F | Petsche, Keith A. | 7100-000 | $6.00 | NA | NA | NA |
| N/F | Phillip Gordon & Sons | 7100-000 | $3,745.48 | NA | NA | NA |
| N/F | Phillips, Erik Christian | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Pitney Bowes Global Financial Services | 7100-000 | $142.88 | NA | NA | NA |
| N/F | Prefered Power Sports of Syracuse | 7100-000 | $816.67 | NA | NA | NA |
| N/F | Putman, Marquita | 7100-000 | $42.00 | NA | NA | NA |
| N/F | Pyramid Brokerage Company, Inc. | 7100-000 | $4,885.59 | NA | NA | NA |
| N/F | Quartier Printing | 7100-000 | $313.32 | NA | NA | NA |
| N/F | R & M Recycling | 7100-000 | $14,711.70 | NA | NA | NA |
| N/F | R.L.B. Development LLC | 7100-000 | $758.09 | NA | NA | NA |
| N/F | Ram Fabricating Corp. | 7100-000 | $590.26 | NA | NA | NA |
| N/F | Raulli & Sons, Inc. | 7100-000 | $34,352.66 | NA | NA | NA |
| N/F | Raymond Corp. Parts Distribution | 7100-000 | $14,284.83 | NA | NA | NA |
| N/F | Raymond Raybuilt Shop | 7100-000 | $30,922.44 | NA | NA | NA |
| N/F | Raymond Salvage | 7100-000 | $28.44 | NA | NA | NA |
| N/F | Reichard Zachary | 7100-000 | $677.68 | NA | NA | NA |
| N/F | Rescue Mission Alliance Accounting Department | 7100-000 | $20,152.58 | NA | NA | NA |

| N/F | Resource Reclamation Toledo, LLC | 7100-000 | $4,462.50 | NA | NA | NA |
|-----|-----|-----|-----|-----|-----|-----|
| N/F | Ricelli Enterprises, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Rig-All, Inc. | 7100-000 | $8,021.50 | NA | NA | NA |
| N/F | Riverfront Medical Services | 7100-000 | $105.00 | NA | NA | NA |
| N/F | Riverside Engineering, Inc. | 7100-000 | $3,500.00 | NA | NA | NA |
| N/F | Robillard, Devon W. | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Romeo, Andrew J., Jr. | 7100-000 | $18.88 | NA | NA | NA |
| N/F | Roth, Joan | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Roth, Lois | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Rumetco Sales, Inc. | 7100-000 | $1,266.47 | NA | NA | NA |
| N/F | STS Trailer & Truck Equipment | 7100-000 | $51.24 | NA | NA | NA |
| N/F | SU - Physical Plant | 7100-000 | $10,921.25 | NA | NA | NA |
| N/F | Saab Sensis | 7100-000 | $1,192.43 | NA | NA | NA |
| N/F | Safety Kleen Corp. | 7100-000 | $255.61 | NA | NA | NA |
| N/F | Sanford, Ronald M. | 7100-000 | $19.00 | NA | NA | NA |
| N/F | Savon | 7100-000 | $645.67 | NA | NA | NA |
| N/F | Schaeffer Mfg. Co. | 7100-000 | $3,405.11 | NA | NA | NA |
| N/F | Schneider Package Equip | 7100-000 | $26,093.43 | NA | NA | NA |
| N/F | Schwimmer, Phillippe | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Scrap Price Bulletin | 7100-000 | $1,225.00 | NA | NA | NA |
| N/F | Seneca Meadows Landfill | 7100-000 | $13,514.96 | NA | NA | NA |

| N/F | Sessler Wrecking | 7100-000 | $1,576.24 | NA | NA | NA |
|-----|------------------|----------|-----------|-----|-----|-----|
| N/F | Shane Syracuse, Inc. | 7100-000 | $946.40 | NA | NA | NA |
| N/F | Signet Management, LLC | 7100-000 | $1.00 | NA | NA | NA |
| N/F | Sirius XM Radio, Inc. | 7100-000 | $12.51 | NA | NA | NA |
| N/F | Skyworks Equipment Rental | 7100-000 | $2,910.34 | NA | NA | NA |
| N/F | Smith, Aaron | 7100-000 | $27.00 | NA | NA | NA |
| N/F | Sojdak, Jamie W. | 7100-000 | $20.00 | NA | NA | NA |
| N/F | Solvay Electric Supl Inc. | 7100-000 | $4,884.25 | NA | NA | NA |
| N/F | Southworth-Milton | 7100-000 | $1,305.54 | NA | NA | NA |
| N/F | Specialty Welding & Fabricating | 7100-000 | $150,587.90 | NA | NA | NA |
| N/F | Stanton, George | 7100-000 | NA | NA | NA | NA |
| N/F | Staples Business Advantage Dept. BOS | 7100-000 | $402.20 | NA | NA | NA |
| N/F | Steinert US LLC | 7100-000 | $2,813.00 | NA | NA | NA |
| N/F | Steri-Pharma LLC | 7100-000 | $634.13 | NA | NA | NA |
| N/F | Supermedia LLC | 7100-000 | $1,589.08 | NA | NA | NA |
| N/F | Swieck, David M. | 7100-000 | $6.00 | NA | NA | NA |
| N/F | Swift Transportation | 7100-000 | $1,708.93 | NA | NA | NA |
| N/F | Syracuse City School District Accounts Receivable Dept. | 7100-000 | $21,292.89 | NA | NA | NA |
| N/F | Syracuse Energy Corp. | 7100-000 | $7,896.00 | NA | NA | NA |
| N/F | Syracuse Haulers Waste Removal, Inc. | 7100-000 | $15,002.22 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Syracuse Police Dept. Property | 7100-000 | $460.09 | NA | NA | NA |
| N/F | Syracuse Police Dept. Transportation Division | 7100-000 | $8,409.38 | NA | NA | NA |
| N/F | Syracuse Retreaders, LLC | 7100-000 | $942.96 | NA | NA | NA |
| N/F | Syracuse Scale | 7100-000 | $1,840.00 | NA | NA | NA |
| N/F | Syracuse Water Department | 7100-000 | $4,128.57 | NA | NA | NA |
| N/F | Sysco Food Services of Syracuse | 7100-000 | $16,262.20 | NA | NA | NA |
| N/F | TCF Equipment Finance, Inc. | 7100-000 | $30,042.10 | NA | NA | NA |
| N/F | Tag Mechanical Systems, Inc. | 7100-000 | $8,416.62 | NA | NA | NA |
| N/F | Taisey, Brian J. | 7100-000 | $5.00 | NA | NA | NA |
| N/F | Thermo Scientific Portable Analytical Instruments, Inc. | 7100-000 | $7,344.00 | NA | NA | NA |
| N/F | Thompson & Johnson | 7100-000 | $8,678.95 | NA | NA | NA |
| N/F | Titan | 7100-000 | $806.00 | NA | NA | NA |
| N/F | Tkachenko, Vitaly | 7100-000 | $20.00 | NA | NA | NA |
| N/F | Tomra New York Recycling LLC | 7100-000 | $267.98 | NA | NA | NA |
| N/F | Torres-Gonzalez, Miguel Angel | 7100-000 | $26.00 | NA | NA | NA |
| N/F | Town of Cicero Highway Dept. | 7100-000 | $5,635.68 | NA | NA | NA |
| N/F | Town of Clay Highway Dept. | 7100-000 | $539.46 | NA | NA | NA |
| N/F | Town of Dewitt | 7100-000 | $672.89 | NA | NA | NA |
| N/F | Tracey Road Equipment | 7100-000 | $0.00 | NA | NA | NA |

| N/F | Truax & Hovey | 7100-000 | $687.59 | NA | NA | NA |
|-----|---------------|----------|---------|-----|-----|-----|
| N/F | U-Haul | 7100-000 | $263.33 | NA | NA | NA |
| N/F | U-Pull U-Save Auto Parts | 7100-000 | $15,376.05 | NA | NA | NA |
| N/F | U.S. Postal Service | 7100-000 | $15,671.05 | NA | NA | NA |
| N/F | Unifirst | 7100-000 | $2,431.83 | NA | NA | NA |
| N/F | United Parcel Service | 7100-000 | $13,916.26 | NA | NA | NA |
| N/F | United Radio, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | V.A. Hospital | 7100-000 | $12,432.73 | NA | NA | NA |
| N/F | VIP Structures | 7100-000 | $1,174.51 | NA | NA | NA |
| N/F | Valley Tire Co., Inc. | 7100-000 | $4,979.14 | NA | NA | NA |
| N/F | Village of Solvay Electrical Dept. Fund | 7100-000 | $1,716.20 | NA | NA | NA |
| N/F | Wallis, Jr., Charles Gene | 7100-000 | $28.75 | NA | NA | NA |
| N/F | Ward Steel Co. | 7100-000 | $4,716.79 | NA | NA | NA |
| N/F | Warehouse | 7100-000 | $1,169.46 | NA | NA | NA |
| N/F | Waste Harmonics, LLC | 7100-000 | $11,630.69 | NA | NA | NA |
| N/F | Waste Management | 7100-000 | $13,148.07 | NA | NA | NA |
| N/F | Wastequip/Mountain Tarp | 7100-000 | $1,044.22 | NA | NA | NA |
| N/F | Wayne Dalton of Syracuse | 7100-000 | $7,091.24 | NA | NA | NA |
| N/F | Wegmans Food Markets | 7100-000 | $1,090.12 | NA | NA | NA |
| N/F | Whoston, Joseph J. | 7100-000 | $24.16 | NA | NA | NA |
| N/F | Wide Waters Heating & Air Con. | 7100-000 | $900.08 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Wilcox Paper Co. | 7100-000 | $2,377.43 | NA | NA | NA |
| N/F | Willet Dairy, LLC | 7100-000 | $620.77 | NA | NA | NA |
| N/F | Woods Oviatt Gilman LLP | 7100-000 | $0.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,384,096.57** | **$12,514,623.87** | **$12,509,735.87** | **$504,476.65** |

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 1

**Case No.:** 14-30746

**Case Name:** EL-ROH REALTY CORPORATION

**For Period Ending:** 01/11/2018

**Trustee Name:** (520180) William J. Leberman

**Date Filed (f) or Converted (c):** 05/02/2014 (f)

**§ 341(a) Meeting Date:** 06/06/2014

**Claims Bar Date:** 01/05/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1861 Erie Blvd., Syracuse, New 311500 032.1-01-1<br>Latest value represents appraised value | 216,951.00 | 216,951.00 | | 30,311.84 | FA |
| 2 | 700 Hiawatha Blvd., Syracuse, New 311500 114.02-<br>See asset #3 | 54,878.00 | 54,878.00 | | 0.00 | FA |
| 3 | 712 Hiawatha Blvd., Syracuse, New 311500 114.-02<br>Appraised value is combined appraisals for parcels known as Roth Steel complex; sale to OCIDA included property known as 531 State Fair Blvd, 712 Hiawatha Blvd West, 700 Hiawatha Blvd W and 884 Hiawatha Blvd W (Roth).  Sale price of $687,500 includes all of these parcels. | 2,654,512.00 | 2,654,512.00 | | 687,500.00 | FA |
| 4 | 531 State Fair Blvd., Syracuse, New 311500 114.-<br>See asset #3 | 44,634.00 | 44,634.00 | | 0.00 | FA |
| 5 | M&T Bank, Account #9838911783 | 12,278.32 | 12,278.32 | | 12,278.32 | FA |
| 6 | 100% shareholder of Roth Steel Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Possible interest in property, plant & equipment | Unknown | Unknown | | 0.00 | FA |
| 8 | National Grid overpayment/credit (u) | Unknown | Unknown | | 196.07 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$2,983,253.32** | **$2,983,253.32** | | **$730,286.23** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Current Projected Date Of Final Report (TFR):** 09/21/2017 (Actual)      **Initial Projected Date Of Final Report (TFR):** 06/06/2016

UST Form 101-7-TDR ( 10 /1/2010)

## Form 2

Exhibit 9
Page: 1

### Cash Receipts And Disbursements Record

| Case No.: | 14-30746 | | Trustee Name: | William J. Leberman (520180) |
| Case Name: | EL-ROH REALTY CORPORATION | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9243 | | Account #: | ******8266 Checking Account |
| For Period Ending: | 01/11/2018 | | Blanket Bond (per case limit): | $11,588,300.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/07/14 | {5} | M&T Bank | Turn over of bank accounts. | 1129-000 | 12,278.32 | | 12,278.32 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.53 | 12,264.79 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.05 | 12,247.74 |
| 09/26/14 | 101 | Harlan La Vine Real Estate, Inc. | Real estate appraiser fees per order of 9/25/14 | 3711-000 | | 12,000.00 | 247.74 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.21 | 229.53 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 219.53 |
| 11/03/14 | 102 | WILLIAM J. LEBERMAN, ESQ. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 09/30/2014 FOR CASE #14-30746, Reimbursement for payment of bond premium | 2300-000 | | 0.17 | 219.36 |
| 12/11/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 10.00 | 209.36 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 199.36 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 189.36 |
| 03/30/15 | {8} | National Grid | Overpayment credit for utilities. | 1229-000 | 196.07 | | 385.43 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 375.43 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 365.43 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 355.43 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 345.43 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 335.43 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 325.43 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 315.43 |
| 10/27/15 | 103 | WILLIAM J. LEBERMAN, ESQ. | Bond disbursement | 2300-000 | | 275.49 | 39.94 |
| 10/28/15 | {3} | El-Roh Realty Corporation | Transfer from escrow account for closing on sale of real estate at 700 Hiawatha Blvd, 712 Hiawatha Blvd and 531 State Fair Blvd properties. | 1110-000 | 687,500.00 | | 687,539.94 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 687,529.94 |
| 11/03/15 | | Blackbird Asset Services LLC | Auctioneer's Commission for sale of real property | 3610-000 | | 62,500.00 | 625,029.94 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 818.10 | 624,211.84 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services | 2600-000 | | 987.69 | 623,224.15 |

Page Subtotals: **$699,974.39    $76,750.24**

{} Asset Reference(s)        UST Form 101-7-TDR ( 10 /1/2010)        ! - transaction has not been cleared

## Form 2

Exhibit 9
Page:  2

### Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-30746 | |
| **Case Name:** | EL-ROH REALTY CORPORATION | |
| **Taxpayer ID #:** | **-***9243 | |
| **For Period Ending:** | 01/11/2018 | |

| | |
|---|---|
| **Trustee Name:** | William J. Leberman (520180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8266 Checking Account |
| **Blanket Bond (per case limit):** | $11,588,300.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Fees | | | | |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 864.24 | 622,359.91 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 862.97 | 621,496.94 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 980.76 | 620,516.18 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 860.41 | 619,655.77 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 859.22 | 618,796.55 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 976.50 | 617,820.05 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 856.67 | 616,963.38 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 973.48 | 615,989.90 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 883.59 | 615,106.31 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 852.91 | 614,253.40 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 939.92 | 613,313.48 |
| 12/27/16 | | Raulli Associates | Balance due for sale of property at 1861 Erie Blvd East, Syracuse | | 1,215.88 | | 614,529.36 |
| | {1} | Raulli Associates, LLC | Gross purchase price $30,000.00 | 1110-000 | | | 614,529.36 |
| | {1} | Raulli Associates, LLC | Credit to seller for 2016 County Taxes for 4th Q of 2016 $93.92 | 1110-000 | | | 614,529.36 |
| | {1} | Raulli Associates, LLC | Credit to seller for 2016 city/school taxes for 2nd Q $217.92 | 1110-000 | | | 614,529.36 |
| | {1} | Raulli Associates, LLC | Deposit paid by purchaser -$2,000.00 | 1110-000 | | | 614,529.36 |
| | | El-Roh Realty | Credit to purchaser for past due penalties and interest for city 2013/14 taxes -$3,666.69 | 2820-000 | | | 614,529.36 |
| | | El-Roh Realty | Credit to purchaser for past due penalties and interest for County 2014 taxes -$2,973.96 | 2820-000 | | | 614,529.36 |
| | | El-Roh Realty | Credit to purchaser for past due penalties and interest for city taxes 2014/15 -$6,849.06 | 2820-000 | | | 614,529.36 |
| | | El-Roh Realty | Credit to purchaser for past due penalties and interest for County 2015 taxes -$2,710.75 | 2820-000 | | | 614,529.36 |
| | | El-Roh Realty | Credit to purchaser for past due penalties and interest for City 2015/16 taxes -$5,781.98 | 2820-000 | | | 614,529.36 |

**Page Subtotals:**  $1,215.88  $9,910.67

*{ } Asset Reference(s)*        UST Form 101-7-TDR ( 10 /1/2010)        *! - transaction has not been cleared*

# Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** 14-30746 | **Trustee Name:** William J. Leberman (520180) |
| **Case Name:** EL-ROH REALTY CORPORATION | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***9243 | **Account #:** ******8266 Checking Account |
| **For Period Ending:** 01/11/2018 | **Blanket Bond (per case limit):** $11,588,300.00 |
| | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | El-Roh Realty | Credit to purchaser for past due penalties and interest for County 2016 taxes          -$2,419.52 | 2820-000 | | | 614,529.36 |
| | | El-Roh Realty | Credit to purchaser for past due penalties and interest for City 2016 taxes          -$2,694.00 | 2820-000 | | | 614,529.36 |
| 12/28/16 | 104 | William J. Leberman, Chapter 7 Trustee for El-Roh Realty Corporation | Reimbursement to escrow account for bond reimbursement check written from wrong account | 2300-000 | | 233.59 | 614,295.77 |
| 12/28/16 | 105 {1} | Raulli Associates, LLC | Reimbursement for overpayment of purchase price for 1861 Erie Blvd East property | 1110-000 | -1,000.00 | | 613,295.77 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 879.86 | 612,415.91 |
| 01/24/17 | {1} | William J Leberman, Trustee | Application of deposit to sale of 1861 Erie Blvd Property to Raulli, LLC | 1110-000 | 3,000.00 | | 615,415.91 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 941.26 | 614,474.65 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 824.91 | 613,649.74 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 912.06 | 612,737.68 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 822.57 | 611,915.11 |
| 05/10/17 | 106 | Blackbird Asset Services, LLC | Pymt for auctioneer fees & expenses per Order of 12/9/16 = 42.9% of total due pro rata by case. | | | 6,257.32 | 605,657.79 |
| | | | Pymt for auctioneer fees          $3,600.00 | 3610-000 | | | 605,657.79 |
| | | | Pym for auctioneer expenses          $2,657.32 | 3620-000 | | | 605,657.79 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 963.36 | 604,694.43 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 869.76 | 603,824.67 |
| 07/27/17 | 107 | New York State Corporation Tax | NYS Corporate Tax 2015 | 2820-000 | | 25.00 | 603,799.67 |
| 07/27/17 | 108 | New York State Corporation Tax | NYS Corporate Tax 2014 | 2820-000 | | 25.00 | 603,774.67 |
| 07/27/17 | 109 | New York State Corporation Tax | Voided on 07/27/2017 | 2820-004 | | 377.00 | 603,397.67 |
| 07/27/17 | 109 | New York State Corporation Tax | Voided: check issued on 07/27/2017 | 2820-004 | | -377.00 | 603,774.67 |
| 07/27/17 | 110 | New York State Corporation Tax | NYS Corporate Tax 2013 | 2820-000 | | 377.00 | 603,397.67 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 839.56 | 602,558.11 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 953.94 | 601,604.17 |

| | | |
|---|---|---|
| **Page Subtotals:** | **$2,000.00** | **$14,925.19** |

{} Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

## Form 2

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 14-30746 | Trustee Name: | William J. Leberman (520180) |
|---|---|---|---|
| Case Name: | EL-ROH REALTY CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9243 | Account #: | ******8266 Checking Account |
| For Period Ending: | 01/11/2018 | Blanket Bond (per case limit): | $11,588,300.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/17 | 111 | William J. Leberman | Combined trustee compensation & expense dividend payments. | | | 40,324.27 | 561,279.90 |
| | | | Claims Distribution - Wed, 10-11-2017          $39,764.31 | 2100-000 | | | 561,279.90 |
| | | | Claims Distribution - Wed, 10-11-2017          $559.96 | 2200-000 | | | 561,279.90 |
| 12/18/17 | 112 | Bousquet Holstein PLLC | Distribution payment - Dividend paid at 100.00% of $18,248.25; Claim # SC-Atty; Filed: $18,248.25 | 3210-600 | | 18,248.25 | 543,031.65 |
| 12/18/17 | 113 | WILLIAM J. LEBERMAN, ESQ. | Distribution payment - Dividend paid at 100.00% of $38,555.00; Claim # TEEATTY; Filed: $38,555.00 | 3110-000 | | 38,555.00 | 504,476.65 |
| 12/18/17 | 114 | William J. Leberman, Chapter 7 Trustee for Roth Steel Corporation | Distribution payment - Dividend paid at 7.11% of $7,094,672.60; Claim # 3; Filed: $7,094,672.60 | 7100-000 | | 504,476.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 703,190.27 | 703,190.27 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 703,190.27 | 703,190.27 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $703,190.27 | $703,190.27 | |

**Form 2**

Exhibit 9
Page: 5

## Cash Receipts And Disbursements Record

| Case No.: | 14-30746 | Trustee Name: | William J. Leberman (520180) |
|---|---|---|---|
| Case Name: | EL-ROH REALTY CORPORATION | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***9243 | Account #: | ******8267 Escrow Account |
| For Period Ending: | 01/11/2018 | Blanket Bond (per case limit): | $11,588,300.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/19/14 | | Adam Weitsman | Deposit for real estate purchased at auction | 1180-000 | 68,750.00 | | 68,750.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.65 | 68,723.35 |
| 12/11/14 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -26.65 | 68,750.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.40 | 68,637.60 |
| 01/05/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -112.40 | 68,750.00 |
| 03/31/15 | | American Iron and Metal (USA), Inc. | Deposit for purchase of real property | 1180-002 | 687,500.00 | | 756,250.00 |
| 04/08/15 | | Hancock Estabrook, LLP | Refund of deposit by Adam Weitsman | 1180-000 | -68,750.00 | | 687,500.00 |
| 10/28/15 | | Checking account of El-Roh | Transfer funds to checking account per closing of real estate transaction | 1180-002 | -687,500.00 | | 0.00 |

|  | COLUMN TOTALS | 0.00 | 0.00 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 0.00 | 0.00 | |
|  | **Subtotal** | **0.00** | **0.00** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*        **UST Form 101-7-TDR ( 10 /1/2010)**        *! - transaction has not been cleared*

# Form 2

Exhibit 9
Page: 6

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 14-30746 | |
| **Case Name:** | EL-ROH REALTY CORPORATION | |
| **Taxpayer ID #:** | **-***9243 | |
| **For Period Ending:** | 01/11/2018 | |

| | |
|---|---|
| **Trustee Name:** | William J. Leberman (520180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5000 Escrow Account #2 |
| **Blanket Bond (per case limit):** | $11,588,300.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/03/16 | | Raulli & Sons | Deposit from Raulli & Sons for purchase of property at 1861 Erie Blvd E, Syracuse, NY | 1180-002 | 3,000.00 | | 3,000.00 |
| 11/28/16 | 101 | William J. Leberman | Bond Reimbursement | 2300-000 | | 233.59 | 2,766.41 |
| 12/27/16 | 102 | William J Leberman, Chapter 7 Trustee for El-Roh Realty Corporation | Transfer of deposit money to estate checking account for sale of 1861 Erie Blvd E Property to Raulli Associates, Inc. Voided on 12/27/2016 | 8500-004 | | 2,000.00 | 766.41 |
| 12/27/16 | 102 | William J Leberman, Chapter 7 Trustee for El-Roh Realty Corporation | Transfer of deposit money to estate checking account for sale of 1861 Erie Blvd E Property to Raulli Associates, Inc. Voided: check issued on 12/27/2016 | 8500-004 | | -2,000.00 | 2,766.41 |
| 01/03/17 | | William J Leberman, Trustee | Transfer to escrow account for bond reimbursement check mistakenly written from wrong account | 2300-000 | | -233.59 | 3,000.00 |
| 01/23/17 | 103 | William J. Leberman, Chapter 7 Trustee | Transfer of deposit monies to checking account upon closing of transaction | 1180-002 | -3,000.00 | | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $0.00 | |

**Form 2**

Exhibit 9

Page:  7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 14-30746 |
| **Case Name:** | EL-ROH REALTY CORPORATION |
| **Taxpayer ID #:** | **-***9243 |
| **For Period Ending:** | 01/11/2018 |

| | |
|---|---|
| **Trustee Name:** | William J. Leberman (520180) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******5000 Escrow Account #2 |
| **Blanket Bond (per case limit):** | $11,588,300.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8266 Checking Account | $703,190.27 | $703,190.27 | $0.00 |
| ******8267 Escrow Account | $0.00 | $0.00 | $0.00 |
| ******5000 Escrow Account #2 | $0.00 | $0.00 | $0.00 |
| | $703,190.27 | $703,190.27 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)